FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2020 MAY -8 PM 2: 25

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Civil Action No.18 -cv-00469 –NYW

MICHAEL TYRONE MCCULLON,
Plaintiff,
v.
D. PARRY
Defendant.

# Response in Opposition of Motion to Withdraw and Motion for Appointment of Counsel

Attorney Steven Hill has submitted a motion to withdraw in this case. He has done so because he states we have a difference of opinion on the course of his counsel. He has also done so because of my inability to keep up with the financial obligations that come with retaining counsel.

I would like to appeal to court not to officially withdraw my counsel from the case until other counsel can be appointed for the following reasons:

1. Their withdrawal will unduly prejudices me. The plaintiff now has counsel and will want to begin discovery.

2. It is unfair for the Court to require me to litigate this matter when I have no background or training in the practice of the law, the plaintiff is represented by one of the largest law firms in the United States, and the law surrounding the allegations (Constitutional Torts and General Torts), discovery requests from myself and the Department of Justice, etc. is lengthy and complex.

3. If the Court the grants Mr. Hills' motion, I would like to request the Court initiate the process for you to be appointed General Representation under the District's Civil Pro Bono Program.

4. I have attached a Motion for Appointment of Counsel form from the Court's website to this Response, and incorporate it fully into the motion.